EMMONS COUNTY *vs.* THOS. A. WILSON.

Opinion filed November 13, 1900.

Appeal from District Court, Emmons County; *Winchester, J.*

*George·M. Register* and *Cochrane & Corliss,* for appellant.

*H. A. Armstrong, Stevens & Allen,* and *F. H. Register,* for respondent.

PER CURIAM. The controlling questions in this case were involved and decided in the case of *Emmons Co.* v. *Thompson* (decided this term) 9 N. D. 598, 84 N. W. Rep. 385. The order appealed from is in all things reversed, and the District Court is directed to enter an order reversing the same, and also to enter an order denying the application made herein to vacate said judgment and tax sale, with costs of both courts to appellant.